```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

TERRANCE SMITHERMAN,

    Plaintiff,

v.                                  Case No: 2:23-cv-1185-JES-NPM

JOSHUA QUAINTANCE, Sergeant, ELIJAH COOK, Special Agent, JAMES BATES, Detective, and CHRISTOPHER RODRIGUEZ, Detective,

    Defendants.

---

**ORDER**

This matter comes before the Court on Plaintiff's Motion Abandoning Count (9) or in the Alternative Voluntarily Dismissing Count (9) with Prejudice. (Doc. #54.)

Plaintiff was previously ordered to file an amended complaint resolving the deficiencies in Count 9 (Malicious Prosecution). (Doc. #48.) In response, Plaintiff filed an amended complaint (Doc. #53), which no longer includes Count 9, but also filed the instant motion to dismiss Count 9. Because the Court accepts Plaintiff's amended complaint as the operative pleading,[1] the motion is denied as moot.

---

[1] Plaintiff has received leave to file a second amended complaint to enable him to drop Count 10 (IIED). (Docs. ##56, 57.) The first amended complaint is thus unlikely to remain the operative pleading for much longer. That does not, however, alter the present analysis.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion Abandoning Count (9) or in the Alternative Voluntarily Dismissing Count (9) with Prejudice (Doc. #54) is **DENIED** as **MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this  22nd  day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record