UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRANCE SMITHERMAN,

        Plaintiff,

v.                                    Case No:  2:23-cv-1185-JES-NPM

JOSHUA QUAINTANCE, Sergeant,
ELIJAH COOK, Special Agent,
JAMES BATES, Detective, and
CHRISTOPHER       RODRIGUEZ,
Detective,      in      their
individual capacities,

        Defendants.

_____

**OPINION AND ORDER**

This matter came before the Court on defendant Elijah Cook's Motion to Dismiss (Doc. #66) filed on July 21, 2025.  Plaintiff filed a Reply (Response) to Defendant's Motion (Doc. #72) on October 3, 2025.  On November 17, 2025, partly in response to the motion, plaintiff filed a Motion for Leave to Amend Complaint Against All Defendant's [sic] (Doc. #78).  Defendant Cook filed a Response (Doc. #81) opposing the request to amend and the other defendants filed a Notice of Non-Opposition (Doc. #82) to the request to amend.

Plaintiff filed a Third Amended Complaint (Doc. #79) on the docket without leave of Court.  Comparing the current operative pleading, the Second Amended Complaint (Doc. #59) with the proposed

Third Amended Complaint, the Court notes the addition of facts for each defendant, and an increase in the damages request.

A pleading drafted by a party proceeding unrepresented (*pro se*) is held to a less stringent standard than one drafted by an attorney, and the Court will construe the documents filed as a complaint and amended complaint liberally. Jones v. Fla. Parole Comm'n, 787 F.3d 1105, 1107 (11th Cir. 2015). "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "Where a more carefully drafted complaint might state a claim, the district court abuses its discretion if it does not provide a *pro se* plaintiff at least one opportunity to amend before the court dismisses with prejudice." Makere v. Early, No. 22-13613, 2023 WL 7130938, at *3 (11th Cir. Oct. 30, 2023) (citation omitted).

The Court will grant leave to amend, accept the Third Amended Complaint, and deny the motion to dismiss as moot.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Leave to Amend Complaint Against All Defendant's [sic] (Doc. #78) is **GRANTED** and the Third Amended Complaint (Doc. #79) is accepted as the operative pleading in this case.

2

2. Defendant Elijah Cook's Motion to Dismiss (Doc. #66) is

**DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of February 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record