**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

TERRANCE SMITHERMAN,

Plaintiff,

v. Case No. 2:23-cv-1185-KCD-KRH

JOSHUA QUAINTANCE, ELIJAH COOK, JAMES BATES, and CHRISTOPHER RODRIGUEZ,

Defendants.
_____________________________/

**ORDER**

Upon review of the docket, Judge Huguelet finds that he must recuse himself so as to avoid even the appearance of partiality or impropriety. Specifically, he had personal knowledge of this matter while employed by the US Attorney's Office. 28 U.S.C. § 455(b)(1). Judge Huguelet hereby disqualifies himself from these proceedings under § 455 and in the interest of justice.

The Clerk is **DIRECTED** to transfer this case to the next assigned Magistrate Judge in the Fort Myers Division. Previously, Judge Mizell properly recused due to federal judicial restrictions during his reappointment process. (Doc. 89). He has now, however, been reappointed. *In re: Administrative Orders of the Chief Judge*, No. 3:24-mc-20-MMH, Doc. 103 (M.D. Fla. July 14, 2026). As a result, the reason for his recusal no longer exists. Guide to Judiciary Policy, Vol. 2B, Ch. 2, p. 174 (Advisory Op. No. 97). So Judge Mizell may now again preside over this case. *Id.*

In Fort Myers, Florida, on July 31, 2026.

Kevin R. Huguelet
United States Magistrate Judge